IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

_____

Date:              October 31, 2007
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-01366-RPM

RAUL SERRANO,                                    Rosemary Orsini
                                                 Brian K. Matise
        Plaintiff,

v.

ARKINS PARK STONE CORP. and                      Dennis J. Baarlaer
SPRAGUE REAL ESTATE, LLC.,

        Defendants.

_____

### COURTROOM MINUTES
_____

**Motion Hearing**

**1:59 p.m.      Court in session.**

Court's preliminary remarks and states its understanding of the case.

2:02 p.m.      Ms. Orsini and Mr. Matise answer questions asked by the Court regarding damages.

Argument by Mr. Matise.
Argument by Ms. Orsini.

2:18 p.m.      Argument by Mr. Baarlaer.

**ORDERED:   Motion for Partial Summary Judgment on Plaintiff's Disability Claims and Motion to Dismiss Plaintiff's Retaliatory Discharge Claim and Motion to Dismiss Plaintiff's State Law Claims for Lack of Supplemental Jurisdiction, filed August 6, 2007 [5], is denied.**

Discussion regarding scheduling.

**ORDERED:   Scheduling conference set November 19, 2007 at 2:00 p.m. Counsel shall submit an original proposed scheduling order in paper directly to chambers by 4:00 p.m. November 15, 2007.**

**2:32 p.m.      Court in recess.**

Hearing concluded.  Total time: 33 min.