IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01366-RPM-CBS

RAUL SERRANO,

      Plaintiff,

v.

ARKINS PARK STONE CORP. and
SPRAGUE REAL ESTATE, LLC,

      Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

      Pursuant to the hearing convened today, it is

      ORDERED that a scheduling conference will be held on **November 19, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 15, 2007.**

      The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

      DATED: October 31st, 2007

                           BY THE COURT:

                           s/Richard P. Matsch

                           _____

                           Richard P. Matsch, Senior DistrictJudge