IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01366-RPM

RAUL SERRANO,

    Plaintiff,

v.

ARKINS PARK STONE CORP. and
SPRAGUE REAL ESTATE, LLC,

    Defendants.

---

## ORDER OF DISMISSAL

---

    Pursuant to the Stipulated Notice of Dismissal [26] filed on November 12, 2008, it is

    ORDERED that this case is dismissed in its entirety with prejudice, each party to bear their own costs, attorney's fees, and other litigation expenses and it is

    FURTHER ORDERED that the December 5, 2008, calendar call setting is vacated.

    DATED:   November 12th, 2008

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior Judge